Date of Arrest: 07/14

# United States District Court
### DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Brandon ANAYA-Izquierdo AKA: None Known 216180241 YOB: 1998 Citizen of: Mexico Defendant | Magistrate Case No. 19-1546MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a) Re-Entry After Deport |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about July 14, 2019, Defendant Brandon ANAYA-Izquierdo, an alien, was found in the United States at or near Wellton, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of San Luis, Arizona on or about May 11, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Joshua Kolsrud for AttUSBP

Signature of Complainant
Travis Joseph
Border Patrol Agent

Sworn to before me and subscribed in my presence,

July 15, 2019                at    Yuma, Arizona
Date                               City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer       Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Brandon ANAYA-Izquierdo
AKA: None Known
216180241

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 14, 2019, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks; agents determined the Defendant was first ordered removed at or near El Centro, California on or about April 11, 2018. The Defendant was most recently removed on or about May 11, 2019, through the port of San Luis, Arizona.

Agents determined that on or about July 14, 2019, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Luis Vega Batista, SBPA Joseph Pomeroy, BPA David Ponce, BPA Juan Guerrero, BPA Michael Honadle and BPA Douglas Nimark.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Daniel Chavez, BPA Michael Buchanan, BPA Carlos Serna,

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____July 15, 2019_____          _____
Date                              Signature of Judicial Officer